# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| RAYMOND C. SELKE, Administrator of the Estate of YVONNE C. SELKE, Deceased, on behalf of the Estate of YVONNE C. SELKE, RAYMOND C. SELKE, Surviving Husband, and TREVOR J. SELKE, Surviving Son, and RAYMOND C. SELKE, Administrator of the Estate of EMILY E. SELKE, Deceased, on behalf of the Estate of EMILY E. SELKE, RAYMOND C. SELKE, Surviving Father, and TREVOR J. SELKE, Surviving Brother,<br><br>Plaintiffs,<br><br>v.<br><br>GERMANWINGS GMBH, a German corporation; DEUTSCHE LUFTHANSA AG, a German corporation; UNITED AIRLINES, an Illinois corporation; and EUROWINGS GMBH, a German corporation,<br><br>Defendants. | Case No. 1:17-cv-121 (GBL/TCB) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Parties to bear their own costs.

So Ordered 11/13

_____
T. S. Ellis, III
United States District Judge

1